UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-3275-MWF(AGRx)**                                           Dated: **July 18, 2016**

Title:    Hip Hop Beverage Corporation -v- Juneice Deanna Michaux, et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

   Rita Sanchez                          Naren L. Jansen
   Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   Carlos A. De La Paz                    Jordan D. Grotzinger

**PROCEEDINGS:      MOTION TO REMAND CASE [12]; SCHEDULING CONFERENCE**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

The Scheduling Conference is held. A separate order with all dates and deadlines will issue.

                                                       Initials of Deputy Clerk   rs
                                     -1-                        :11 min